# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

## No. 201700297

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## ROMEL E. VELASCO II
Corporal (E-4), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel B.E. Kasprzyk, USMC.
Convening Authority: Commanding Officer, Headquarters Regiment,
1st Marine Logistics Group, Camp Pendleton, CA.
Staff Judge Advocate's Recommendation: Major M.J. McDonald,
USMC.
For Appellant: Major James Kresge, USMCR.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 15 March 2018

———————————————

Before MARKS, WOODARD, and KOVAC, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court